UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                                          )
v.                                      )    Case No. MJ# 04-812-MBB
                                          )
THOMAS SCOLA                   )
FEDERICO NIVAR,            )
      Defendants                )
                                          )

## GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendants.

                                                            Respectfully submitted,

                                                            MICHAEL J. SULLIVAN
                                                            United States Attorney

                                By:    /s/ David G. Tobin
                                                             David G. Tobin
                                                            Assistant U.S. Attorney

*[Handwritten margin note: April 7, 2004. Allowed. Marianne B. Bowler, USMJ]*