AO 442 (Rev. 5/93) Warrant for Arrest
_____

# United States District Court

DISTRICT OF MASSACHUSETTS
_____

UNITED STATES OF AMERICA

**V.**

FEDERICO NIVAR

**WARRANT FOR ARREST**

CASE NUMBER: mj# 04-812-mbb

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ FEDERICO NIVAR _____
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute heroin, a Scedule I controlled substance

in violation of
Title _____ 21 _____ United States Code, Section(s)  846

MARIANNE B. BOWLER
Name of Issuing Officer

Marianne B. Bowler JSMJ
Signature of Issuing Officer

Cheef U.S Magistrate Judge
Title of Issuing Officer

April 7, 2004 @ Boston @
Date and Location
                                    2:05PM

Bail fixed at $ _____ by _____
                                                        Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY _____ |
| BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON _____ 4/8/04 _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Federico Nivar

ALIAS: unknown

LAST KNOWN RESIDENCE: 48 Branch Street, Apt. 58, Lowell, Massachusetts

LAST KNOWN EMPLOYMENT: unknown

PLACE OF BIRTH: Dominican Republic

DATE OF BIRTH (4 digit year): 00-00-1960

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 1675

HEIGHT: 5'6'                    WEIGHT: 160

SEX: male                      RACE: Hispanic

HAIR: brown                    EYES: brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: unknown

FBI NUMBER: unknown

COMPLETE DESCRIPTION OF AUTO: 1993 black Toyota Camry - Massachusetts registration 22PJ39

INVESTIGATIVE AGENCY AND ADDRESS: DEA - Boston, Massachusetts